1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  HAROLD WAYNE JENKINS,

11          Plaintiff,                    No. CIV S-10-1898 EFB P

12      vs.

13  DEPARTMENT OF CORRECTIONS
    AND REHABILITATION, et al.,
14
            Defendants.                   ORDER
15
                                    /
16

17      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18  U.S.C. § 1983.  He requests leave to proceed *in forma pauperis*.

19      Plaintiff alleges a violation of his civil rights in Kings County, California.  Kings County

20  is in the Fresno Division of this court and the action should have been commenced there.  *See*

21  Local Rule 120(d).  The court has not yet ruled on plaintiff's request to proceed *in forma*

22  *pauperis*.

23      Accordingly, it is hereby orderd that:

24      1. This action is transferred to the Fresno Division.

25      2. The Clerk of Court shall assign a new case number.

26  ////

                                    1

3. All future filings shall bear the new case number and shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

DATED: July 27, 2010.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2